

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,839-01

### EX PARTE ELROY LRON SLAUGHTER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2019-316-C2A IN THE 54TH DISTRICT COURT FROM MCLENNAN COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of two counts of aggravated assault and sentenced to twenty-five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The Court denied this writ application based on the trial court's findings without order and after remand on October 12, 2022. On January 23, 2023, this Court received a supplemental record from the district clerk which contained a supplemental application filed by Applicant in the trial court on October 11, 2022 raising one new ground for review. Because that application was properly filed in the county before this Court denied his application, the new ground should be reviewed by this Court.

We therefore reconsider the denial of the application on October 12, 2022 and reopen the application. After reconsideration on its own motion, the Court finds that the application, including the supplemental ground raised in the October 11, 2022 application, has no merit. Accordingly, the Court enters this order denying the application based both on the trial court's findings of fact and our own review of the record.

Filed: FEBRUARY 15, 2023

Do not publish